IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CAROLE HOLSOME,

    Petitioner,                    No. CIV S-04-0924 LKK GGH P

  vs.

DAVE RUNNELS, Warden, et al.,

    Respondents.                    ORDER

_____/

    Petitioner is proceeding with an application pursuant to 28 U.S.C. § 2254, with appointed counsel. On April 7, 2005, petitioner filed an exhausted-claims-only amended petition upon which he apparently elects to proceed. Respondent has failed to file a response timely pursuant to the court's order, filed on September 27, 2004. Respondent must show cause for his failure to file a response to the amended petition within twenty days.

    IT IS SO ORDERED.

DATED: 6/1/05

                                              /s/ Gregory G. Hollows

                                              UNITED STATES MAGISTRATE JUDGE

GGH:009
hols0924.osc