IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GLENN CARROLL HOLSOME,** | CIV S-04-0924 LKK GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **DAVE RUNNELS, Warden,** | |
| Respondent. | |

Good cause appearing, it is hereby ordered that Respondent's response to Petitioner's Amended Petition for Writ of Habeas Corpus be filed on or before September 8, 2005.

Dated: 8/16/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

hols0924.po