IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CARROLL HOLSOME,

    Petitioner,                     No. CIV S-04-0924 LKK GGH P

    vs.

DAVE RUNNELS,

    Respondent.                  ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 23, 2005, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's August 23, 2005, motion to dismiss should not be granted.

DATED: 11/21/05

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035 - hols0924.46

1