1 | **VICTOR S. HALTOM**
Attorney at Law
2 | State Bar No. 155157
428 J Street, Suite 350
3 | Sacramento, CA 95814
Telephone: (916) 444-8663
4 | Facsimile: 444-1546
*e-mail: vshjah@aol.com*
5 |
Attorney for Petitioner
6 | **GLENN CARROLL HOLSOME**

7 |

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 |

11 |

12 | **GLENN CARROLL HOLSOME**,          )          CIV-S-04-0924 LKK GGH P
                                                      )
13 |              Petitioner,                          )          **ORDER**
                                                      )
14 | v.                                                 )
                                                      )
15 | **DAVE RUNNELS**, Warden, et al.,        )
                                                      )
16 |              Respondents.                         )
_____)
17 |

18 |              GOOD CAUSE APPEARING,

19 |              IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

20 | time until December 31, 2005 is granted. On or before December 31, 2005, petitioner

21 | shall file an opposition to respondent's motion to dismiss.

22 |

23 | DATE: _____Δε 21_, 2005                    GREGORY G. HOLLOWS
                                                      _____
24 |                                                   HON. GREGORY G. HOLLOWS
                                                      United States Magistrate Judge
25 |
      NO FURTHER EXTENSION
26 |

27 |

28 |