1

**VICTOR S. HALTOM**
Attorney at Law
2  State Bar No. 155157
428 J Street, Suite 350
3  Sacramento, CA 95814
Telephone: (916) 444-8663
4  Facsimile: 444-1546
*e-mail: vshjah@aol.com*
5
Attorney for Petitioner
6  **GLENN CARROLL HOLSOME**

7

8          IN THE UNITED STATES DISTRICT COURT

9       IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  **GLENN CARROLL HOLSOME,**        )    CIV-S-04-0924 LKK GGH P
                                       )
13              Petitioner,            )    **ORDER**
                                       )
14  v.                                 )
                                       )
15  **DAVE RUNNELS**, Warden, et al.,  )
                                       )
16              Respondents.           )
    _____  )
17

18          GOOD CAUSE APPEARING,

19          IT IS HEREBY ORDERED that Petitioner's application for an enlargement of

20  time until May 12, 2006, to file an exhaustion petition in state court, is granted.

21

22  DATE: 5/8/06                           /s/ Gregory G. Hollows
                                           _____
23                                         HON. GREGORY G. HOLLOWS
                                           United States Magistrate Judge
24

25

26  hols0924.po

27

28