IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CAROLE HOLSOME,

    Petitioner,                    No. CIV S-04-0924 LKK GGH P

    vs.

DAVE RUNNELS, Warden, et al.,

    Respondents.               ORDER

_____/

        This matter has been administratively closed since the Order, filed on March 28, 2006, stayed this habeas petition pending exhaustion of state court remedies as to an unexhausted claim. In that order, petitioner, through his appointed counsel, was directed to file a state court petition, within thirty days and, following exhaustion, to file a notice of completed exhaustion within thirty days of the ruling by the state supreme court.

        Thereafter, petitioner's counsel sought an extension of time, until May 12, 2006, to file an exhaustion petition, which was granted by Order, filed on May 8, 2006. There has been no further communication with the court in this case, until, on June 4, 2008, two years later, when petitioner pro se filed his request seeking to expedite adjudication of his petition.

        It is inappropriate for petitioner, while represented by counsel, to communicate to the court other than through his attorney. Moreover, from his filing, it appears that petitioner

does not understand that the case has been stayed pending state court exhaustion. On the other hand, as noted, it has been two years since his counsel's last communication with the court, and it may be that counsel has not communicated with his client for an extended period. In any event, counsel for petitioner is directed, within thirty days, to inform the court whether state court exhaustion has been completed and whether the stay in this matter should be lifted. Petitioner pro se is directed not to communicate directly with the court while he is represented in this matter. **In addition to serving counsel for petitioner and respondent in this case, the Clerk of the Court is directed to serve a copy of this order by mail on petitioner pro se, as follows: Glenn Carroll Holsome, T-19698/P.O. Box 4000/CSP-Solano [7-2 08]/Vacaville, CA 95696.**[1]

      **IT IS SO ORDERED**.

DATED: 06/20/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
hols0924.ord

---

[1] It appears that the case docket should be updated as to petitioner's current address. See docket entry # 32.