IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN CAROLE HOLSOME,

    Petitioner,                    No. CIV S-04-0924 LKK GGH P

    vs.

DAVE RUNNELS, Warden, et al.,

    Respondents.                ORDER

_____/

        By letter filed on 11/18/08, petitioner indicates that his communication with the Federal Defender's Office resulted in a letter from Carolyn Wiggin indicating that the Federal Defender would represent petitioner should the court appoint the office to do so. However, that was not one of the three options provided to petitioner, for whom the court had previously appointed the Federal Defender in this matter, after which Victor Haltom was substituted in. To exercise the option of petitioner proceeding with counsel other than Mr. Haltom, petitioner was informed that the Office of the Federal Defender would have to move to be substituted in for his present counsel.

        Accordingly, IT IS ORDERED that:

        1. In addition to serving this Order upon Victor Haltom as well as petitioner pro se, the Clerk is also directed to serve Carolyn Wiggin, Assistant Federal Defender;

2. The Clerk is directed to serve (or to re-serve) a copy of the Order, filed on 10/22/08 (# 44), upon Carolyn Wiggin; and

3. Should the Federal Defender determine that a motion for substitution of counsel is appropriate in this matter, such a motion must be filed within twenty days of the filed date of this order.

DATED: November 24, 2008          /s/ Grgory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
hols0924.ord4