UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


## ORDER OF REASSIGNMENT


The Court, having considered the recent appointment of Recalled United

States Magistrate Charlene H. Sorrentino, finds the necessity for reassignment of

this action, and for notice to be given to the affected parties.

IT IS THEREFORE ORDERED that:

This action is hereby reassigned to Magistate Judge Charlene H. Sorrentino, for all

further proceedings.  The District Judge currently assigned to the case will remain

unchanged. The new case number for this action, which must be used on all future

documents filed with the court, is reflected on the Notice of Electronic Filing

accompanying this order.

All dates currently set in this reassigned action shall remain pending subject to

further order of the court.


Dated:  **March 17, 2009**

ANTHONY W. ISHII, Chief
United States District Judge