1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  GLENN CAROLE HOLSOME,

11            Petitioner,              No. CIV S-04-0924 LKK CHS P

12        vs.

13  DAVE RUNNELS, Warden, et al.,

14            Respondents.            <u>ORDER</u>

15  _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17  habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18  Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.  On

19  May 19, 2009, petitioner's application was denied.  On June 16, 2009, petitioner filed a motion

20  seeking substitution of counsel.

21  /////

22            There currently exists no absolute right to appointment of counsel in habeas

23  proceedings.  <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996).  Petitioner was however

24  previously appointed counsel in this matter.

25  /////

26  /////

1

1          Accordingly, IT IS HEREBY ORDERED that petitioner's June 16, 2009 motion

2  for the substitution of counsel is denied.

3  /////

4  DATED: June 26, 2009

        *Charlene H. Sorrentino*

5          CHARLENE H. SORRENTINO
          UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26